**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MR. MICHAEL E. KEELING, | : No. 20 MAP 2026 |
| | : |
| Appellant | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MS. RICHARDS / PROTHONOTARY, ET AL., | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 5th day of May, 2026, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the statement, or fairly comprised therein will ordinarily be considered by the Court.").